CD/IL PROB 12B
(Rev. 3/99)

# United States District Court

## for

### CENTRAL DISTRICT OF ILLINOIS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| **NAME/ADDRESS OF OFFENDER:** | JUSTIN A. ROSENBOHM    **CASE NUMBER:** 00-10027-001<br>711 N.E. Monroe<br>Peoria, IL 61603 |
| **SENTENCING JUDICIAL OFFICER:** | HONORABLE JOE BILLY McDADE<br>U.S. District Judge |
| **DATE OF ORIGINAL SENTENCE:** | 03/30/01 |
| **ORIGINAL OFFENSE:** | Possession of Child Pornography Via the Internet |
| **ORIGINAL SENTENCE:** | 27 months imprisonment, three years supervised release with special conditions: (1) comply with state sex offender registration; (2) no pornography; (3) no internet access; (4) comply with unannounced examinations of computer equipment and residence; (5) participate in sex offender treatment; (6) no contact with anyone under the age of 18, except in the presence of an adult who is approved by the probation officer; and, (7) participate in mental health counseling and comply with prescribed medications. |
| **TYPE OF SUPERVISION:** | Supervised Release |
| **DATE SUPERVISION COMMENCED:** | 04/11/03 |
| | 06/24/03: Revocation/sentencing hearing on a Petition for Warrant or Summons for Offender Under Supervision. Offender Rosenbohm, a registered sex offender, admitted to having been present within a school zone, had unauthorized contact with a minor child, and failed to answer the probation officer truthfully. His supervised release term was revoked and he was sentenced to 23 months imprisonment, followed by 13 months supervised release. |
| **DATE SUPERVISION TO RECOMMENCE:** | 01/06/05 |

Re:  ROSENBOHM, Justin

**PETITIONING THE COURT**

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

Special Condition No. 8:  You shall reside for up to four months at a community confinement facility designated by the Bureau of Prisons to commence at a time and date as designated by the Bureau of Prisons and the U.S. Probation Office.  You shall abide by the rules of that facility, including payment of subsistence.

**CAUSE**

On December 28, 2004, during a conversation with offender Rosenbohm and staff at the community confinement facility.  Offender Rosenbohm stated that he has no housing upon release.  He requested to reside at the RITs (Residence in Transition) a community confinement facility for a period of up to 120 days after his release.  Offender Rosenbohm only recently was able to secure employment and has no family members where he can reside due to the nature of his crime.  U.S. Probation Officer James M. Cour agrees that a period of community confinement will allow offender time to secure housing and would provide offender Rosebohm the necessary structure and assistance for a successful transition to supervised release.  U.S. Probation Officer James M. Cour has discussed the matter with Assistant U.S. Attorneys Office and they have no objections.  Offender Rosenbohm has reviewed and executed a Waiver of Hearing form.

                                        Respectfully submitted,

                                        S/JAMES M. COUR

                                        JAMES M. COUR
                                        U.S. Probation Officer
                                        Date:  January 4, 2005

---

THE COURT ORDERS:

[   ] No Action
[   ] The Extension of Supervision as Noted Above
[ X ] The Modification of Conditions as Noted Above
[   ] Other

                        S/Joe Billy McDade_____
                        HONORABLE JOE BILLY McDADE
                        U.S. District Judge
                        Date: 1/4/05

PROB 49

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## Central District of Illinois

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

> Special Condition No. 8: You shall reside for up to four months at a community confinement facility designated by the Bureau of Prisons to commence at a time and date as designated by the Bureau of Prisons and the U.S. Probation Office. You shall abide by the rules of that facility, including payment of subsistence.

Witness: s/James M. Cour  
JAMES M. COUR  
U.S. Probation Officer

Signed: /s/ Justin Rosenbohm  
JUSTIN A. ROSENBOHM  
Supervised Releasee

Case No: 00-10027-001

January 4, 2005